# HEWITT v. DEAN et al.

## No. 14,011; June 25, 1891.

### 26 Pac. 1101.

Judgment of Department—Rehearing in Bank.—A motion before one department of the supreme court, to set aside a sale of real property, will be dismissed, without prejudice to its renewal, where the judgment of that department on which it rests has been set aside, and a hearing in bank ordered.

Motion before Supreme Court.

Victor Montgomery for appellants; Ray Billingsby for respondent.

PER CURIAM.—This cause is pending before this department upon a motion to set aside the sale of certain real property; but as the judgment in this court upon which said motion rests has been set aside, and a hearing in bank ordered, the motion is dismissed without prejudice to its renewal, if the circumstances under which it was made again occur.